JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ALVAREZ, | Case No.: 2:16-cv-05475-FMO-MRW |
| Plaintiff, | ORDER ON JOINT STIPULATION |
| vs. | [32] RE DISMISSAL |
| THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, A CORPORATION SOLE; ST. VINCENT DE PAUL CHURCH, and DOES, 1 to 10, inclusive, | Complaint Filed: July 21, 2016 |
| Defendants | |

Pursuant to the parties' stipulation, the above-captioned action is hereby DISMISSED with prejudice in its entirety. All parties will bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: June 13, 2017       /s/ Fernando M. Olguin
UNITED STATES DISTRICT COURT JUDGE